UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>        Plaintiff - Appellee, <br><br>  v. <br><br> JACQUES POUJADE, <br><br>        Defendant - Appellant. | No. 23-3424 <br><br> D.C. No. 8:23-cr-00084-MCS-1 <br> Central District of California, <br> Santa Ana <br><br> ORDER |

Before:    CANBY, PAEZ, and SUNG, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver (Docket Entry No. 18) is granted.  *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011) (knowing and voluntary appeal waiver whose language encompasses the right to appeal on the grounds raised is enforceable).  Appellant's argument that the waiver should not be enforced because his sentence is illegal is unavailing.  Even assuming appellant's due process claim is a challenge to "the terms of the sentence itself," *see United States v. Wells*, 29 F.4th 580, 587 (9th Cir. 2022) (defining scope of "illegal sentence" exception to appeal waivers), the record does not support appellant's assertion that the district court's skepticism towards some of his sentencing arguments violated his constitutional right to due process.

**DISMISSED.**